UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS MCDANIEL,

          Petitioner,

    v.

JASON BENNETT,

          Respondent.

CASE NO. 3:22-CV-5753-BHS-DWC

ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Petitioner's unopposed Motion for an extension of time in which to file his response to the answer to the habeas Petition. Dkt. 13. Because the motion is unopposed and based on Petitioner's grounds for relief sought, the Court finds good cause to grant the request. The response to the answer is due February 6, 2023. Respondent may file a reply on or before February 10, 2023.

ORDER GRANTING EXTENSION OF TIME - 1

1 | The Clerk shall re-note the answer (Dkt. 10) for consideration on February 10, 2023.

2 | Dated this 3rd day of January, 2023.

*/s/ David W. Christel*

David W. Christel
United States Magistrate Judge